IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| HOLLY MOORE, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE GILLETTE COMPANY, <br><br> Defendant. | Judge Todd <br> Magistrate-Judge Anderson <br><br> Case No.: 05-CV-1153 |

### [PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO AMENDED COMPLAINT AND TO RESPOND TO MOTION TO ENJOIN

This matter came before the Court on the motion of Defendant The Gillette Company ("Gillette") for an extension of time within which to move, answer, or otherwise respond to Plaintiff's Amended Complaint and to respond to Plaintiff's Motion to Enjoin Subsequently Filed Duplicate Action. The Court finds that Gillette's Motion is well-taken and, good cause appearing, is **GRANTED**. Accordingly, it is hereby

**ORDERED** that Defendant Gillette shall have an extension of time, through and including August 15, 2005, within which to move, answer, or otherwise respond to Plaintiff's Amended Complaint and to respond to Plaintiff's Motion to Enjoin Subsequently Filed Duplicate Action.

Dated: July 05, 2005

S. Thomas Anderson
U.S. MAGISTRATE-JUDGE
S. THOMAS ANDERSON

1124349.1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 7/7/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:05-CV-01153 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Robb S. Harvey
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable James Todd
US DISTRICT COURT