IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

HOLLY MOORE,
on behalf of herself and all others
similarly situated,

    Plaintiffs,

v.                              Civil No. 1-05-1153-T
                              JURY DEMANDED

THE GILLETTE COMPANY,

    Defendant.

## MOTION TO WITHDRAW A PREVIOUSLY FILED MOTION

Plaintiff Holly Moore moves the Court to grant her permission to withdraw her previously filed motion to enjoin. [Docket No. 4.] Plaintiff Moore has consulted with opposing counsel and there is no opposition to the withdrawal of that motion.

Respectfully submitted,

PENTECOST, GLENN & RUDD, P.L.L.C.

Jason B. Rudd (020266)
Jon A. York (023106)
106 Stonebridge Blvd.
Jackson, Tennessee 38305
731.668.5995

**MOTION GRANTED**
DATE: 8 August 2005

James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 8/9/05

## CERTIFICATE OF SERVICE

This is to certify that I served a copy of this pleading or papers in person or by mail upon

**Frank L. Watson**
**William F. Burns**
WATSON BURNS, PLLC
One Commerce Square – Suite 2600
Memphis, Tennessee  38103

**Arthur Horne**
**Murray Wells**
HORNE & WELLS, PLLC
81 Monroe Ave. Suite 400
Memphis, Tennessee  38103

**Robb Harvey**
**Rick Sanders**
Waller Lansden, Dortch & Davis
511 Union St Ste 2100
P.O. Box 198966
Nashville, TN  37219-1760

on or before the filing date thereof.

DATE: This the 22 day of July, 2005.

PENTECOST, GLENN, & RUDD, PLLC

By: _____
John A. York

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 1:05-CV-01153 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Frank L. Watson
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Richard G. Sanders
WALLER LANSDEN DORTCH & DAVIS PLLC
511 Union Street
STE 2700
Nashville, TN 37219

Robb S. Harvey
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable James Todd
US DISTRICT COURT