IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.
05 AUG 16 AM 8: 33
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

| | |
|---|---|
| HOLLY MOORE,<br>on behalf of herself and all others similarly<br>situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>    Defendant. | Judge Todd<br>Magistrate-Judge Anderson<br><br><br>Case No.: 05-CV-1153 |

**ORDER GRANTING MOTION TO EXTEND TIME TO MOVE,
ANSWER, OR OTHERWISE RESPOND TO AMENDED COMPLAINT PENDING
RULING ON GILLETTE'S MOTION TO STAY**

This matter came before the Court on the motion of Defendant The Gillette Company
("Gillette") for an extension of time within which to move, answer, or otherwise respond to
Plaintiff's Amended Complaint.  The Court finds that Gillette's Motion is well-taken and, good
cause appearing, is **GRANTED**.  Accordingly, it is hereby

**ORDERED** that Defendant Gillette shall have an extension of time, through and
including thirty (30) days after the Court's ruling on Gillette's Motion to Stay All Proceedings
Pending Decision by the Judicial Panel on Multidistrict Litigation to Transfer Action, within
which to move, answer, or otherwise respond to Plaintiff's Amended Complaint.

It is further **ORDERED** that Defendant Gillette's Request for an Expedited Ruling is
hereby withdrawn.

Dated:    August 15th, 2005                      _James D. Todd_
                                                  **U.S. MAGISTRATE-JUDGE**
                                                  **S. THOMAS ANDERSON**

1135714.1        This document entered on the docket sheet in compliance
                 with Rule 58 and/or 79 (a) FRCP on  8/17/05



Cc:    All Counsel of Record

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 1:05-CV-01153 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

Robb S. Harvey
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Richard G. Sanders
WALLER LANSDEN DORTCH & DAVIS PLLC
511 Union Street
STE 2700
Nashville, TN 37219

Frank L. Watson
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT