

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 2 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1704

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE M3POWER RAZOR SYSTEM MARKETING & SALES PRACTICES LITIGATION

(SEE ATTACHED SCHEDULE)

05-CA 12377 DPW

### CONDITIONAL TRANSFER ORDER (CTO-1)

On October 27, 2005, the Panel transferred one civil action to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Douglas P. Woodlock.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Woodlock.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 27, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Douglas P. Woodlock.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.



FOR THE PANEL:

Michael J. Beck
Clerk of the Panel



05-1153

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1704
## IN RE M3POWER RAZOR SYSTEM MARKETING & SALES PRACTICES LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS EASTERN** | |
| ARE 4  05-1062 | Mark Adkison v. The Gillette Co. |
| **CALIFORNIA CENTRAL** | |
| CAC 2  05-4116 | Carlos Corrales v. The Gillette Co. |
| CAC 2  05-5022 | David Lipper v. The Gillette Co. |
| CAC 2  05-5024 | Matthew Marr v. The Gillette Co. |
| CAC 2  05-5431 | L. Dean Smith, Jr. v. The Gillette Co. |
| CAC 2  05-6212 | Kasem Adoure v. The Gillette Co. |
| **CALIFORNIA NORTHERN** | |
| CAN 3  05-2883 | Michael Pruitt v. The Gillette Co. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3  05-1506 | Luis Gonzalez v. The Gillette Co. |
| **CONNECTICUT** | |
| CT 3  05-1534 | Lisa Geis v. The Gillette Co. |
| **ILLINOIS NORTHERN** | |
| ILN 1  05-4278 | Greg Besinger, et al. v. The Gillette Co. |
| **MARYLAND** | |
| MD 8  05-2204 | Evan Rosenthal v. The Gillette Co. |
| **MISSOURI EASTERN** | |
| MOE 4  05-1150 | Elvis Huskic v. The Gillette Co. |
| **NEW JERSEY** | |
| NJ 2  05-3153 | Patrick Coleman v. Gillette Co., Inc. |
| ~~NJ 2  05-3673~~ | ~~Joshua Vereb v. The Gillette Co.~~  Opposed 11/18/05 |
| ~~NJ 2  05-3706~~ | ~~David Delre v. The Gillette Co.~~  Opposed 11/18/05 |
| **OHIO NORTHERN** | |
| OHN 1  05-1946 | Robert Falkner v. The Gillette Co. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2  05-4429 | Steve McGlynn v. The Gillette Co. |
| **TENNESSEE WESTERN** | |
| TNW 1  05-1153 | Holly Moore v. The Gillette Co. |
| TNW 2  05-2425 | Tracy Gorea v. The Gillette Co. |
| **TEXAS NORTHERN** | |
| TXN 3  05-1179 | Grant W. Jackson v. The Gillette Co. |



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

November 29, 2005

Thomas M. Gould, Clerk
262 United States Courthouse
111 South Highland Avenue
Jackson TN 38301

RECEIVED 05 DEC -2 PM 3:50 THOMAS M. GOULD CLERK, U.S. DISTRICT COURT W/D OF TN, JACKSON

IN RE: <u>MDL DOCKET No. 1704</u>   In Re: M3 Power Razor Marketing and Sales Practices
USDC - Massachusetts <u>Lead</u> Case No. 1:05-cv-11177-DPW
Your Case: Civil Action No. 1:05-cv-01153-JDT
District of MA No:1:05-cv-12377-DPW

Dear Mr. Gould :

   Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407. These cases have been assigned to the Honorable Douglas P. Woodlock.

   In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above. Also include a copy of this letter when transmitting your records to the above address.

   Your prompt attention to this matter is greatly appreciated. If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9131, Michelle Rynne, Courtroom Clerk for Judge Woodlock at 617-748-9170 or Richard Nici, Docket Clerk for Judge Woodlock, at 617-748-9171.

Sincerely,

Matthew A. Paine
Deputy Clerk

Information Copy to:   Michael Beck, Clerk of the Panel
Counsel of Record
Michelle Rynne
Richard Nici

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

Thomas M. Gould
Clerk of Court

111 South Highland Ave., Room 262
Jackson, Tennessee 38301
731-421-9200
731-421-9210 Fax

December 7, 2005

United States District Court
District of Massachusetts
Office of the Clerk
1 Courthouse Way
Boston, Massachussetts 02210

RE:   Moore v. The Gillette Company
      05- CA-12377 DPW -Your Case No.
      05-1153 T/An -Our Case No.

Dear Clerk:

Pursuant to the Conditional Transfer Order (CTO-1) the above referenced case has been transferred to the United States District Court for the District of Massachusetts . Please find enclosed the original case file, certified copy of the Docket Sheet, MDL Transfer Order, and a copy of the transfer letter to the transferor court. I am also enclosing a copy of this cover letter and requesting that you acknowledge receipt and return it to our office in the provided envelope. Thank you for your attention in this matter.

Thomas M. Gould, Clerk

BY: *Cassandra Ked*

   Deputy Clerk

ENCLOSURES

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 1:05-CV-01153 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Richard G. Sanders
WALLER LANSDEN DORTCH & DAVIS PLLC
511 Union Street
STE 2700
Nashville, TN 37219

Robb S. Harvey
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Frank L. Watson
WATSON BURNS, LLC
One Commerce Square
Ste. 2600
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT